UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HESIK, BONNIE R § Case No. 11-40950
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF THE COURT
          219 S. Dearborn
          Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 07/06/2012 in Courtroom 201,
          Will County Court Annex Building
          57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/24/2012                        By: /s/ Michael G. Berland
                                                                           Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
HESIK, BONNIE R § Case No. 11-40950
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 4,250.02 |
| and approved disbursements of | $ 185.41 |
| leaving a balance on hand of[1] | $ 4,064.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 1,062.51 | $ 0.00 | $ 1,062.51 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,062.51 |
| Remaining Balance | | | $ 3,002.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,642.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 3,844.44 | $ 0.00 | $ 353.57 |
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,419.83 | $ 0.00 | $ 958.29 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 12,433.41 | $ 0.00 | $ 1,143.48 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4,897.25 | $ 0.00 | $ 450.39 |
| 000005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 355.40 | $ 0.00 | $ 32.69 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 692.43 | $ 0.00 | $ 63.68 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,002.10 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
                                                 Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-40950-BWB
Bonnie R Hesik                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: pgordon           Page 1 of 2           Date Rcvd: May 25, 2012
                             Form ID: pdf006         Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2012.
db           +Bonnie R Hesik,    420 Park Drive,    Joliet, IL 60436-2047
17899317      Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
18122556      Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
17899318     +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
17899319     +Chase Bank USA,    PO Box 15298,    Wilmington, DE 19850-5298
18103810      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17899320     +Citi Customer Service,    Box 6500,   Sioux Falls, SD 57117-6500
17899322     +Hyundai Finance,    PO Box 650805,   Dallas, TX 75265-0805
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17899321      E-mail/PDF: mrdiscen@discoverfinancial.com May 26 2012 02:10:08     Discover Financial Serivces,
               PO Box 15316,   Wilmington, DE 19850
18021962      E-mail/PDF: mrdiscen@discoverfinancial.com May 26 2012 02:10:08     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17899316     ##+Bank of America,    PO Box 17054,   Wilmington, DE 19850-7054
                                                                                    TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2012**                **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1           User: pgordon              Page 2 of 2                   Date Rcvd: May 25, 2012
                               Form ID: pdf006            Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2012 at the address(es) listed below:
        Joseph  Wrobel    on behalf of Debtor Bonnie Hesik josephwrobel@chicagobankruptcy.com,
         j.bergner@chicagobankruptcy.com,;j.wrobel.ltd@chicagobankruptcy.com
        Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        TOTAL: 3