UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                  §
                                        §
HESIK, BONNIE R                         §        Case No. 11-40950
                                        §
                                        §
         Debtor(s)                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By: /s/MICHAEL G. BERLAND _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Creditor #: 1 Hyundai Finance PO Box 650805 Dallas, TX 75265 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| AMERICAN AUCTION ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor #: 1 Bank of America PO Box 17054 Wilmington, DE 19884 | | | | | |
| | Creditor #: 3 Capital One PO Box 30281 Salt Lake City, UT 84130-0281 | | | | | |
| | Creditor #: 7 Citi Customer Service Box 6500 Sioux Falls, SD 57117 | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-40950    BL    Judge: Bruce W. Black | Trustee Name:    MICHAEL G. BERLAND |
| Case Name: | HESIK, BONNIE R | Date Filed (f) or Converted (c):    10/07/11 (f) |
| | | 341(a) Meeting Date:    10/31/11 |
| For Period Ending: | 08/08/12 | Claims Bar Date:    02/02/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| 2. First Midwest Bank-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 3. Household furnishings-scheduled | 600.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing apparel-scheduled | 300.00 | 0.00 | DA | 0.00 | FA |
| 5. Vondrak Publishing 401k | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 2008 Hyundai-scheduled | 9,800.00 | 0.00 | DA | 0.00 | FA |
| 7. Fraudulent transfer of motorcycle-scheduled    Motorcycle recovered and sold at auction | 0.00 | 4,250.00 | | 4,250.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.02 | Unknown |
| TOTALS (Excluding Unknown Values) | $40,050.00 | $4,250.00 | | $4,250.02 | Gross Value of Remaining Assets    $0.00    (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The trustee had equity in a motorcycle. The Trustee received court appoval to hire an auctioneer to sell the motorcycle.

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 16.06b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 11-40950 -BL |
| Case Name: | HESIK, BONNIE R |
| Taxpayer ID No: | *******4105 |
| For Period Ending: | 08/08/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******0865  Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/03/12 | 7 | American Auction Associates | Receipt of proceeds from sale of motorcycle DEPOSIT CHECK #4706 | 1129-000 | 4,250.00 | | 4,250.00 |
| 01/25/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 4,250.02 |
| 01/25/12 | | Transfer to Acct #*******5106 | Bank Funds Transfer | 9999-000 | | 4,250.02 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 4,250.02 | 4,250.02 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 4,250.02 | |
| Subtotal | 4,250.02 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,250.02 | 0.00 | |

Page Subtotals    4,250.02    4,250.02

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-40950 -BL | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HESIK, BONNIE R | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******0866 Checking Account |
| Taxpayer ID No: | *******4105 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

Page Subtotals         0.00         0.00

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 11-40950 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | HESIK, BONNIE R | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******5106 Checking Account |
| Taxpayer ID No: | *******4105 | | | |
| For Period Ending: | 08/08/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******0865 | Bank Funds Transfer | 9999-000 | 4,250.02 | | 4,250.02 |
| 02/01/12 | 001001 | American Auction Associates | Payment of auctioneer's expenses | 3610-000 | | 185.41 | 4,064.61 |
| | | | Payment of expenses per court order of Janaury 27, 2012 | | | | |
| 07/10/12 | 001002 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL 60602 | Chapter 7 Compensation/Expense | 2100-000 | | 1,062.51 | 3,002.10 |
| 07/10/12 | 001003 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 9.19692% | 7100-000 | | 353.57 | 2,648.53 |
| 07/10/12 | 001004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000002, Payment 9.19679% | 7100-000 | | 958.29 | 1,690.24 |
| 07/10/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 9.19683% | 7100-000 | | 1,143.48 | 546.76 |
| 07/10/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 9.19679% | 7100-000 | | 450.39 | 96.37 |
| 07/10/12 | 001007 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 9.19809% | 7100-000 | | 32.69 | 63.68 |
| 07/10/12 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 9.19660% | 7100-000 | | 63.68 | 0.00 |

Page Subtotals  4,250.02  4,250.02

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-40950 -BL |
| Case Name: | HESIK, BONNIE R |
| Taxpayer ID No: | *******4105 |
| For Period Ending: | 08/08/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5106 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 4,250.02 | 4,250.02 | 0.00 |
| Less: Bank Transfers/CD's | 4,250.02 | 0.00 | |
| Subtotal | 0.00 | 4,250.02 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 4,250.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********0865 | 4,250.02 | 0.00 | 0.00 |
| Checking Account - ********0866 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5106 | 0.00 | 4,250.02 | 0.00 |
| | 4,250.02 | 4,250.02 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*